1  Marc V. Kalagian
   Attorney at Law: 4460
2  Law Offices of Lawrence D. Rohlfing, Inc., CPC
   12631 East Imperial Highway Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Leonard Stone
6  Attorney at Law: 5791
   Shook and Stone, Chtd.
7  710 South 4th Street
   Las Vegas, NV 89101
8  Tel.: (702) 385-2220
   Fax: (702) 384-0394
9  E-mail: LStone@shookandstone.com

10 Attorneys for Plaintiff Roger Ambrose Hamilton

11
                    **UNITED STATES DISTRICT Court**
12
                         **DISTRICT OF NEVADA**
13

14
15 ROGER AMBROSE HAMILTON,        )  Case No.:  2:2024-cv-01007-EJY
                                  )
                                  )  STIPULATION TO EXTEND TIME
16         Plaintiff,             )  OF TIME TO FILE PLAINTIFF'S
                                  )  BRIEF AND [PROPOSED] ORDER
17     vs.                        )
                                  )  (FIRST REQUEST)
18 MARTIN O'MALLEY,               )
   Commissioner of Social Security,)
19                                )
           Defendant.             )
20                                )
                                  )
21 _____ )

22     Plaintiff Roger Ambrose Hamilton and Martin O'Malley, Commissioner of

23 Social Security, through their undersigned attorneys, stipulate, subject to this

24 Court's approval, to extend the time from August 28, 2024 to September 25, 2024,

25 for Plaintiff to file his brief with all other deadlines as per the Supplemental Rules

26 for Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil

Procedure extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: August 27, 2024     Respectfully submitted,

                        LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                        /s/ *Marc V. Kalagian*[1]
BY: _____
            Marc V. Kalagian
            Attorney for plaintiff Roger Ambrose Hamilton

DATE: August 27, 2024         JASON M. FRIERSON
                                  United States Attorney

                        /s/ *Franco L. Becia*
BY: _____

            Franco L. Becia
            Special Assistant United States Attorney
            |*authorized by e-mail|

**ORDER**

IT IS SO ORDERED.

DATE: August 28, 2024

                               _____
                               HONORABLE ELAYNA J. YOUCHAH
                               UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.